UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-299-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOMIKO DAVIS | ) | |

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives may return or dispose of firearm and ammunition evidence pursuant to its regulations.

This the 15th day of September, 2011.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge